1  Mitchell J. Green, Esq.  (CA SBN 127718)
   LAW OFFICES OF MITCHELL J. GREEN
2  821 Bancroft Way, Berkeley, CA 94710
   Tel: 510.849.8686
3  Fax:510.841.5022

4  Edward J. Tolchin (VA SBN 32654), *Pro Hac Vice*
   FETTMANN, TOLCHIN & MAJORS, P.C.
5  10509 Judicial Drive, Suite 300
   Fairfax, VA 22030
6  Tel: 703.385.9500
   Fax: 703.385.9893

7
   Attorneys for plaintiff Design & Production, Inc.
8

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN AND PRODUCTION, INCORPORATED, d/b as VIRGINIA'S DESIGN & PRODUCTION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ASIAN ART MUSEUM FOUNDATION OF SAN FRANCISCO<br><br>Defendant. | No. C 05 02176<br><br>[~~Proposed~~] **ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

Pursuant to the request by counsel for plaintiff that the Case Management Conference now set for August 26, 2005 be rescheduled, it is hereby ORDERED that the presently scheduled date be vacated and that the Case Management Conference be had on __September 2__, 2005 at 10:30 a.m. in Courtroom 7, 19th floor.

This order does not change any of the other dates and deadlines in the Order Setting Initial Case Management Conference issued on May 26, 2005.

Counsel for plaintiff shall take all steps necessary to serve defendant or defendant's counsel with this order as soon as service is complete.

IT IS SO ORDERED

Date: __June 22__, 2005                               /s/ Maxine M. Chesney
                                                      Judge, U.S. District Court